**Order entered April 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00066-CR

**CRAIG DICKEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F06-99720-L**

## ORDER

The Court **REINSTATES** the appeal.

On March 4, 2014, we ordered the trial court to make findings regarding why the clerk's and reporter's records had not been filed. On March 21, 2014, we received the clerk's record and on April 4, 2014, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the March 4, 2014 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.


        /s/     DAVID EVANS
                JUSTICE